ROBERT S. JONES ET AL. *v.* ALBERT E. RICKER, JR.,
ET AL.

The plaintiffs' motion to dismiss the appeal from
the Superior Court in New London County is denied
without prejudice, on appeal, to full argument on
the issue of jurisdiction.

*John W. Roberts,* for the appellees (plaintiffs).

*Joseph J. Purtill,* for the appellees (named
defendant et al.).

*Charles M. Tighe,* for the movants (Bruce R. Carpenter et al.).

Argued April 6—decided April 14, 1976

The motion of the movants Bruce R. Carpenter et al. for a review of the trial court's decision on termination of a stay of proceedings is denied.

*Charles M. Tighe,* in support of the motion.

Submitted March 23—decided April 14, 1976